# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 13, 2014

## NO. 03-12-00535-CV

**Tommy Adkisson, Individually, and Officially on Behalf of Bexar County, Texas as County Commissioner Precinct 4, Appellant**

**v.**

**Greg Abbott, Attorney General of Texas; and Hearst Newspapers, LLC, Appellees**

### APPEAL FROM 200TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, ROSE, AND GOODWIN
### AFFIRMED -- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment signed by the trial court on August 6, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.